UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 16-512-MWF(JPRx)**                              Dated: **December 14, 2016**

Title:       Angela Germany -v- Cash Central of California, LLC

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                        None Present
Relief Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                       None Present

PROCEEDINGS (IN CHAMBERS):            COURT ORDER

In light of the Notice of Settlement filed December 12, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **February 6, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED**.

MINUTES FORM 90                                    Initials of Deputy Clerk __cw__
CIVIL - GEN