JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGELA GERMANY,** | Case No. 2:16-cv-00512-MWF-JPR |
| Plaintiff, | **ORDER** |
| vs. | |
| **CASH CENTRAL OF CALIFORNIA, LLC,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 6th day of February, 2017.

\_\_\_\_ *[signature]* \_

The Honorable Michael W. Fitzgerald

Order to Dismiss - 1